UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-     Case No.:  2:10-cr-123-FtM-29SPC

ROMAN PINEDA-MORILLON
_____

### ORDER

The Defendant was before the Court on October 6, 2010 for a detention hearing and arraignment. The Defendant was appointed Counsel during his initial appearance. The Defendant has now retained the services of Jose Calvo, Esq.  Thus, the services of the Federal Public Defender are no longer necessary.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to terminate the Federal Public Defender as Counsel of record.  The Federal Public Defender is relieved of any further responsibility in this matter, and all correspondence shall be forwarded to Counsel of record, Jose Calvo, Esq.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record